UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER MIRANDA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JASON SCHULTZ, et al.,<br><br>　　　　　Defendants. | No. 2:25-cv-1345 DAD CSK P<br><br><br>ORDER |

　　　Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed without prejudice. (ECF No. 16.) Pursuant to Fed. R. Civ. P. 41(a), plaintiff's voluntary dismissal shall be honored and this action is dismissed without prejudice.

　　　Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated: October 15, 2025

　　　　　　　　　　　　　　　　　　　　　　／s／ Chi Soo Kim
　　　　　　　　　　　　　　　　　　　　　　CHI SOO KIM
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Mira1345.vol/2

1